AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:25mj00011 | Date and time warrant executed:<br>02/05/2025   4:03 PM | Copy of warrant and inventory left with:<br>USPIS Dulles Domicile |
| Inventory made in the presence of : USPIS TFO J. Cielakie | | |

Inventory of the property taken and name(s) of any person(s) seized:

- USPS white flat rate box containing a white plastics bag and narcotics' wrappings
- Various marijuana labeled products containing green leafy substances emitting the odor of marijuana weighing 3 lbs 7.1 oz
- 13 Cardboard boxes labeled as "WEST COAST CURE 1 CARTDRIDGE 1 GRAM" THC vape cartridge weighing 1 lb. 1.5 oz

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

February 12, 2025

LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
     DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  02/05/2025

*Joshua Lineberry*
*Executing officer's signature*

Joshua Lineberry     United States Postal Inspector
*Printed name and title*

Received in chambers by reliable electronic means on February 11, 2025.

*[signature]*
USMJ